# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL B. FJERSTAD,

      Plaintiff,

  v.

SCOTT BACH, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. C08-113-RAJ

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Report and Recommendation is adopted and approved. Plaintiff's complaint (Dkt. No. 1-1) is DISMISSED without prejudice, and his application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED as moot.

Dated this 18th day of March, 2008.

                                            BRUCE RIFKIN
                                                  Clerk

                                        /s/ CONSUELO LEDESMA
                                        Deputy Clerk