UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL B. FJERSTAD,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SCOTT BACH, ET AL.,<br><br>        Defendants. | No.   08-35251<br>D.C. No.  2:08-cv-00113-RAJ<br>Western District of Washington, Seattle |
| MICHAEL B. FJERSTAD,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SCOTT BACH, ET AL.,<br><br>       Defendants. | No.   08-35253<br>D.C. No.  2:08-cv-00088-JCC<br>Western District of Washington, Seattle<br><br>**ORDER** |

Appellant's May 7, 2008 motion for vountary dismissal of his appeals is granted.  See Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall constitute the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk